# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF PENNSYLVANIA
# AT ERIE

| | |
|---|---|
| JULIA CALIPO, <br><br> *Plaintiff,* <br><br> v. <br><br> ERIE COUNTY PRISON AND ASSOCIATES, <br><br> *Defendants.* | Civil Action No. 1:17-cv-00002-BR-SPB <br><br> **ORDER** |

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE

The Court, having considered the Report and Recommendation of Magistrate Judge Susan Paradise Baxter and receiving no objection from Plaintiff, **HEREBY ORDERS**:

1. The Court **ADOPTS** the Report and Recommendation;
2. The Court **DISMISSES** the action for Plaintiff's failure to prosecute;
3. This case is **CLOSED**; and
4. The clerk shall send copies of this Order to the parties.

**IT IS SO ORDERED.**

DATE: April 26, 2017

_____
BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE